**Out-Of-Network Services (Non-PPO):** Out-of-Network Services (Non-PPO) are health care services provided by a Physician or other provider that is not in the Plan's designated PPO Network. Out-of-Network Covered Charges will be payable at the Non-PPO benefit level unless the Plan has a direct contract for discounting fees with an Out-of-Network Provider or Out-of-Network services are listed as a PPO benefit exception on page 13 of the Schedule of Benefits, in which case, the PPO benefit level will apply.

## CLAIM REVIEW AND AUDIT PROGRAM

The Plan has arranged with the "Designated Decision Maker" ("DDM") for a program of claim review and auditing in order to identify charges billed in error, charges for excessive or unreasonable fees and charges for services which are not medically appropriate. Benefits for claims which are selected for review and auditing will be reduced for any charges that are determined to be in excess of Allowable Claim Limits (as defined below). The determination of Allowable Claim Limits under this Program will supersede any Plan provisions related to application of a Usual & Customary fee determination.

Medical care providers will be notified of any charges that are found to be in excess of Allowable Claim Limits, and allowed to file an appeal of the determination in accordance with the requirements of the Plan. If a Covered Person continues to receive billings from the medical care provider for these charges, he or she should contact the DDM or the Plan Administrator for assistance. The Covered Person will remain responsible for payment required through any cost-sharing features of the Plan, such as Deductibles, Coinsurance and Copayments, and any amounts otherwise excluded or limited according to the terms of the Plan (other than amounts determined to be in excess of Allowable Claim Limits).

The success of this program will be achieved through a comprehensive review of detailed records including, for example, itemized charges and descriptions of the services and supplies provided. Without this detailed information, the Plan will be unable to make a determination of the amount of Covered Medical Expenses that may be eligible for reimbursement. Any additional information required for the audit will be requested directly from the provider of service and the Claimant. In the event that the Plan Administrator does not receive information adequate for the claim review and audit within the time limits required under ERISA, it will be necessary to deny the claim. Should such a denial be necessary, the Claimant and/or the provider of service may appeal the denial in accordance with the provisions which may be found in the section, "Procedures for Claims and Appeals" in this Summary Plan Description.

In the following provisions of the Claim Review and Audit Program, the term "Plan Administrator" shall be deemed to mean the "Designated Decision Maker" ("DDM"):

"Allowable Claim Limits" means the charges for services and supplies, listed and included as Covered Medical Expenses under the Plan, which are Medically Necessary for the care and treatment of Illness or Injury, but only to the extent that such fees are within the Allowable Claim Limits. Determination that a charge is within the Allowable Claim Limit will be made by the Plan Administrator and will include, but not be limited to, the following guidelines:

1. Hospital. The Allowable Claim Limit for charges by a Hospital facility and for charges by facilities which are owned and operated by a Hospital will be based upon 112% of the Hospital's most recent departmental cost ratio, reported to the Centers for Medicare and Medicaid Services ("CMS") and published in the American Hospital Directory as the "Medicare Cost Report" (the "CMS Cost Ratio"). *If a provider or facility is a Hospital or is owned or operated by a Hospital, or if the Plan is able to identify a current CMS Cost Ratio that applies to the provider or facility, then the CMS Cost Ratio will be used to determine the Allowable Claim Limit. Otherwise, bullets #2 thru #5 will apply.*

2. Pharmaceuticals. The Allowable Claim Limit for pharmacy charges by a provider which does not report cost ratios to CMS will be determined by applying the Average Wholesale Price (AWP) as defined by REDBOOK at the rate of 112% of AWP.

3. Medical and Surgical Supplies, Implants, Devices. The Allowable Claim Limit for charges for medical and surgical supplies made by a provider which does not report cost ratios to CMS will be based upon invoice price to the provider, plus 12%. The documentation used as the resource for this determination will include, but not be limited to, invoices, receipts, cost lists or other documentation as deemed appropriate by the Plan Administrator.

4. Lab, X-ray, Therapy and Physician. The Allowable Claim Limit for these services which are rendered

by a provider which does not report cost ratios to CMS will be determined based upon a comparison with the fees of other providers rendering the same type of service in the same geographical region. The Allowable Claim Limit for such service will not exceed the amount of the fees for comparable services in the geographical region at the 90th percentile, which is the highest percentile reflected in the Physician Fee Reference ("PFR").

5. Ambulatory Surgery Centers. The Allowable Claim Limit for Ambulatory Surgery Centers which are independent facilities that do not report cost ratios to CMS will be based upon the Medicare allowed amount for the services in the geographical region, plus 20%.

6. Ancillary (other) Medical and/or Surgical Services. The Allowable Claim Limit for services not otherwise listed above will be calculated based upon industry-standard resources including, but not limited to, CMS Cost Ratios, Medicare allowed fees (by geographical region), published and publicly available fee and cost lists and comparisons, any resources listed in the categories above, or any combination of such resources that results in the determination of a reasonable expense under the Plan, in the opinion of the Plan Administrator. The Allowable Claim Limit for these services will be calculated using one or more of the industry-standard resources, plus 12%.

7. Unbundling. The Allowable Claim Limit will not include charges for any items billed separately that are customarily included in a global billing procedure code in accordance with the American Medical Association's CPT® (Current Procedural Terminology) and/or the Healthcare Common Procedure Coding System (HCPCS) codes used by CMS.

8. Errors. The Allowable Claim Limits will not include any identifiable billing mistakes including, but not limited to, upcoding, duplicate charges and charges for services not performed. Allowable Claim Limits also will not include charges for services that are required to treat Injuries sustained or Illnesses contracted, including infections and complications, which, in the opinion of the Plan Administrator and based upon the medical records of the treatment, can be attributed to a medical error by the provider.

9. Medical Record Review. In the event that the Plan, based upon a medical record review and audit, determines that a different treatment or different quantity of a drug or supply was provided which is not supported in the billing, then the Plan Administrator may determine the Allowable Claim Limit according to the medical record review and audit results.

10. Not Able to Identify or Understand. The Allowable Claim Limits will not include any charges for which the Plan Administrator cannot identify or understand the item(s) being billed.

In the event that the Plan Administrator determines that insufficient information is available to identify the Allowable Claim Limit for a specific service or supply using the listed guidelines above, consideration will be
given to such fees for the most comparable services or supplies, and based upon comparative severity and/or geographical location. The Plan Administrator reserves the right, in its sole discretion, to determine any Allowable Claim Limit amount for certain conditions, services and supplies using accepted industrystandard
documentation, uniformly applied without discrimination to any Covered Person.

Additionally, in the event that a determination of an Allowable Claim Limit exceeds the actual charge billed for
the service or supply, the Plan will consider the lesser of the actual billed charge or the Allowable Claim Limit
determination.

## APPEAL PROCESS

The Plan provides for two (2) levels of appeal following an Adverse Benefit Determination. The Claimant has one hundred eighty (180) days following an initial Adverse Benefit Determination to file an appeal of that determination, and sixty (60) days following a second Adverse Benefit Determination to file an appeal of that determination. The appeal process will provide the Claimant with a reasonable opportunity for a full and fair review of the Claim and Adverse Benefit Determination and will include the following:

1. Receipt of written request by the Claims Administrator from the Claimant, or an Authorized Representative of the Claimant, with the proper form for review of Adverse Benefit Determination, which initiates the appeal process.
2. The Claimant will have the opportunity to submit written comments, documents, records, and other information relating to the Claim.
3. The Claimant will be provided, on request and free of charge: (a) reasonable access to and copies of all documents, records, and other information relevant to the Claimant's Claim in possession of the Plan Administrator, the Designated Decision Maker (DDM) or the Claims Administrator; (b) information regarding any rule, guideline, protocol or other similar criterion relied upon in making the Adverse Benefit Determination; (c) information regarding any voluntary appeals procedures offered by the Plan; and (d) an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the Claimant's medical circumstances.
4. The review of the Adverse Benefit Determination will take into account all comments, documents, records and other information submitted by the Claimant relating to the Claim, without regard to whether such information was submitted or considered in the initial benefit determination.
5. No deference will be afforded to the previous Adverse Benefit Determination.
6. The party reviewing the appeal may be neither the party who made the prior Adverse Benefit Determination, nor a subordinate of the party who made the prior Adverse Benefit Determination.
7. In deciding an appeal on which the Adverse Benefit Determination was based in whole or in part on a medical judgment, including whether a particular treatment, drug, or other item is experimental, investigational, or not Medically Necessary or appropriate, the Claims Administrator, the DDM or the Plan Administrator, as appropriate depending on the level of appeal, will consult with a health care professional who has appropriate training and experience in the field of medicine involving the medical judgment. The health care professional consulted for the appeal will not be the health care professional or a subordinate of the health care professional consulted in connection with the Adverse Benefit Determination that is the subject of the appeal.
8. Medical or vocational experts whose advice was obtained on behalf of the Plan in connection with the Adverse Benefit Determination will be identified, even if the Plan did not rely upon their advice.
9. The first level of appeal will be the responsibility of the Claims Administrator and will be decided within thirty (30) days of the Claims Administrator's receipt of the request. The second level of appeal will be the responsibility of the DDM and will be decided within thirty (30) days of the Plan's receipt of the request.

## FIRST APPEAL LEVEL

### Requirements for First Appeal

The Claimant must file the first appeal, in writing, within 180 days following receipt of the notice of an Adverse
Benefit Determination. The Claimant's appeal must be addressed as follows:
Appeals Department
Group & Pension Administrators, Inc.
Park Central 8
12770 Merit Drive, 2nd Floor
Dallas, Texas 75251
It shall be the responsibility of the Claimant to submit proof that the Claim is covered and payable under the
provisions of the Plan. An appeal must include:
1. The name of the Employee/Claimant;
2. The Employee's/Claimant's social security number;
3. The group name or identification number;
4. All facts and theories supporting the Claim for benefits.

**Failure to include any theories or facts in the appeal will result in such facts being inadmissible. In other words, the Claimant will lose the right to raise such factual arguments and theories which support this Claim if the Claimant fails to include them in the appeal;**

5. A statement in clear and concise terms of the reason or reasons for the disagreement with the handling of the Claim; and
6. Any material or information that the Claimant has which indicates that the Claimant is entitled to benefits
under the Plan.

If the Claimant provides all of the required information, it may be that the expenses will be eligible for payment under the Plan.

**Timing of Notification of Benefit Determination on First Appeal**

The Plan shall notify the Claimant of the Plan's Benefit Determination on review within a reasonable period of
time, but not later than thirty (30) days after receipt of the appeal.

The period of time within which the Plan's determination is required to be made shall begin at the time an appeal is filed in accordance with the procedures of this Plan, without regard to whether all information necessary to make the determination accompanies the filing.

**Notice of Benefit Determination on First Appeal**

The Claimant will be notified of the Benefit Determination on appeal. If there is an Adverse Benefit Determination on appeal, the notification will include the following information:
1. The reason or reasons for the Adverse Benefit Determination;
2. References to the Plan provisions on which the Adverse Benefit Determination is based;
3. A description of any additional material or information necessary for the Claimant to perfect the Claim, and an explanation of why such material or information is necessary;
4. A statement that the Claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the Claimant's Claim;

5. A description of the Plan's review procedures and the time limits applicable to such procedures, including a statement of the Claimant's right to bring a civil action under Section 502(a) of ERISA following an Adverse Benefit Determination on final review;
6. A description of voluntary appeal procedures offered by the Plan and, upon the Claimant's request, any additional information about the voluntary appeal procedures;
7. If an internal rule, guideline, protocol, or other similar criterion was relied on in making the Adverse Benefit Determination, either the specific rule, guideline, protocol or other similar criterion or a statement that such was relied on in making the Adverse Benefit Determination, and that a copy of the rule, guideline, protocol or other criterion will be provided free of charge on request;
8. If the Adverse Benefit Determination is based on a medical judgment (such as Medical Necessity or whether or not treatment is experimental), either an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the Claimant's medical circumstances, or a statement that such explanation will be provided free of charge on request;
9. The identity of any medical or vocational experts consulted in connection with the Claim, even if the Plan did not rely upon their advice; and
10. The following statement: "You and your Plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office and your State Insurance Regulatory Agency."

**Furnishing Documents in the Event of an Adverse Determination**

In the case of an Adverse Benefit Determination on review, the Plan Administrator shall provide such access
to, and copies of, documents, records, and other information described in the section relating to Notice of Benefit Determination on First Appeal, as appropriate.

**SECOND APPEAL LEVEL**

**Adverse Decision on First Appeal; Requirements for Second Appeal**

Upon receipt of notice of the Plan's Adverse Benefit Determination regarding the first appeal, the Claimant

has 60 days to file a second appeal of the denial of benefits. The Claimant again is entitled to a "full and fair
review" of any denial made at the first appeal, which means the Claimant has the same rights during the second appeal as he or she had during the first appeal. As with the first appeal, the Claimant's second appeal must be in writing and must include all of the items set forth in the section entitled "Requirements for
First Appeal."

### Timing of Notification of Benefit Determination on Second Appeal
The Plan shall notify the Claimant of the Plan's Benefit Determination on review within a reasonable period of
time, but not later than thirty (30) days after receipt of the second appeal.
The period of time within which the Plan's determination is required to be made shall begin at the time the second appeal is filed in accordance with the procedures of this Plan, without regard to whether all information necessary to make the determination accompanies the filing.

### Manner and Content of Notification of Adverse Benefit Determination on Second Appeal
The same information must be included in the Plan's response to a second appeal as a first appeal, except for: (a) a description of any additional information necessary for the Claimant to perfect the claim and an explanation of why such information is needed; and (b) a description of the Plan's review procedures and the
time limits applicable to the procedures. See the section entitled "Notice of Benefit Determination on First Appeal."

### Furnishing Documents in the Event of an Adverse Determination
In the case of an Adverse Benefit Determination on the second appeal, the Plan Administrator shall provide such access to, and copies of, documents, records, and other information described in the section relating to the Notice of Benefit Determination on First Appeal, as appropriate.

### Decision on Second Appeal to be Final
If, for any reason, the Claimant does not receive a written response to the appeal within the appropriate time
period set forth above, the Claimant may assume that the appeal has been denied. The decision will be final,
binding and conclusive, and will be afforded the maximum deference permitted by law. **All claim review procedures provided for in the Plan must be exhausted before any legal action is brought. Any legal
action for the recovery of any benefits must be commenced within three years after the Plan's claim
review procedures have been exhausted. Any action with respect to a fiduciary's breach of any responsibility, duty or obligation hereunder must be brought within three years after the date of service.**

### Appointment of Authorized Representative
A Claimant is permitted to appoint an Authorized Representative to act on his behalf with respect to a benefit
claim or appeal of an Adverse Benefit Determination. An assignment of benefits by a Claimant to a provider
will not constitute appointment of that provider as an Authorized Representative. To appoint such a representative, the Claimant must complete a form which can be obtained from the Plan Administrator or the
Claims Administrator. In the event a Claimant designates an Authorized Representative, all future communications from the Plan will be with the Authorized Representative, rather than the Claimant, unless
the Claimant directs the Plan Administrator, in writing, to the contrary.

### PROVIDER OF SERVICE APPEAL RIGHTS
A Claimant may appoint the provider of service as the Authorized Representative with full authority to act on his or her behalf in the appeal of a denied claim. An assignment of benefits by a Claimant to a provider of service will not constitute appointment of that provider as an Authorized Representative. However, in an effort to ensure a full and fair review of the denied claim, and as a courtesy to a provider of service that is not an Authorized Representative, the Plan will consider an appeal received from the provider in the

same manner as a Claimant's appeal, and will respond to the provider and the Claimant with the results of
the review accordingly. Any such appeal from a provider of service must be made within the time limits and under the conditions for filing an appeal specified under the section, "Appeal Process," above. **Providers requesting such appeal rights under the Plan must agree to pursue reimbursement for Covered Medical Expenses directly from the Plan, waiving any right to recover such expenses from the Claimant, and comply with the conditions of the section, "Requirements for First Appeal," above.**
For purposes of this section, the provider's waiver to pursue Covered Medical Expenses does not include the following amounts, which will remain the responsibility of the Claimant:
_ Deductibles;
_ Copayments;
_ Coinsurance;
_ Penalties for failure to comply with the terms of the Plan;
_ Charges for services and supplies which are not included for coverage under the Plan; and
_ Amounts which are in excess of any stated Plan maximums or limits. **Note: This does not apply to amounts found to be in excess of Allowable Claim Limits, as defined in the section, "Claim Review and Audit Program."** The Claimant will not be held responsible for any amounts found to be in excess of Allowable Claim Limits.
Also, for purposes of this section, if a provider indicates on a Form UB92 or on a Form HCFA (or similar claim form) that the provider has an assignment of benefits, then the Plan will require no further evidence that benefits are legally assigned to that provider.
Contact the Claims Administrator or the Plan Administrator for additional information regarding provider of service appeals

**Usual and Customary (U&C):**
1. The Usual fee - the fee most frequently charged or accepted for covered medical care or supplies by a Physician or Hospital; and
2. The Customary fee - the fee charged or accepted for covered medical care or supplies by those of similar professional standing in the same geographical area; "area" means a region large enough to determine a cross section of providers of medical care or supplies.
For claim determinations made in accordance with the Claim Review and Audit Program, the U&C fee will be
the Allowable Claim Limits. Please refer to the section, "Claim Review and Audit Program," for the definition
of Allowable Claim Limits.

**Utilization Review (UR):** Process by which consistent and measurable standards are applied in which to evaluate and control health care utilization by determining appropriateness of care, setting and Medical Necessity.

**Utilization Review (UR) Company:** HealthWatch, Group & Pension Administrators, Inc. Medical Cost Containment Services, that provides consistent and measurable standards in which to evaluate and control
health care utilization by determining appropriateness of care, setting and Medical Necessity. The Utilization
Review Company's role is to ensure the best use of health care services, eliminating unnecessary costs while maintaining consideration for the patient's best interests.

**Waiting Period:** The period of time that must pass before coverage can become effective for an otherwise
Eligible Employee or Dependent. An Employee shall be deemed Actively at Work if the Employee is absent
from work due to a health factor.

**Well Baby Care or Well Child Care:** Medical treatment, services or supplies rendered to a child, solely for
the purpose of health maintenance and not for the treatment of an Illness or Injury, to include medical screenings for vision and hearing.

# SCHEDULE OF BENEFITS

## Major Medical Benefits for Covered Persons

**NOTE:** All Claims are subject to review and/or audit to ensure that charges are payable in accordance with the terms and limitations of this Plan.

**LEVEL I PROVIDERS – Limited to the following facilities:**

- Hospitals (Inpatient and Outpatient treatment)
- Ambulatory Surgery Centers
- Dialysis clinics
- Other Inpatient facilities, such as Rehabilitation Facilities and Inpatient Hospice
- Inpatient and Outpatient facilities for treatment of Mental and Nervous Disorders, Chemical Dependency and Substance Abuse
- Other free-standing facilities not covered under Level II Providers

**LEVEL II PROVIDERS – Applicable to all other Providers of service:**

- Physicians
- Independent lab and x-ray facilities
- Home Health Care
- All other Providers of service not listed under Level I Providers

| Maximum Benefits | |
|---|---|
| **Lifetime Maximum for All Benefits** | $1,000,000 |
| For Employees who become effective on the Plan after June 1, 2009 and Dependents of those Employees, the Maximum Benefit per year during the first 24 months of coverage will be limited to $50,000. After the initial 24-month period of coverage, benefits will be subject to the Lifetime Maximum Benefit stated above. **NOTE:** All coverage for Dependents will follow the coverage of the Employee. | |

| Deductible & Annual Out-of-Pocket | Level I Benefit / Level II PPO Benefit | Level II Non-PPO Benefit |
|---|---|---|
| **Calendar Year Deductible** | | |
| • Per Covered Person | $250 | $250 |
| • Family Limit* | $750 | $750 |
| (Copays do not apply to Deductible) | | |
| **Annual Out-of Pocket Maximum** (In addition to Deductible and Copays) | | |
| • Per Covered Person | $2,000 | Unlimited |
| • Family Limit* | $4,000 | Unlimited |

**NOTE:** The Calendar Year Deductible is determined by combining both Level I and Level II (PPO and Non-PPO) Covered Charges. Upon reaching the Annual Out-of-Pocket Maximum, Covered PPO Medical Expenses are payable at 100% for the remainder of the Calendar Year. The Lifetime and Calendar Year Maximum Benefits are also determined by combining Level I and Level II (PPO and Non-PPO) Covered Charges.

*Applies collectively to all Covered Persons in the same Family.

# SCHEDULE OF BENEFITS (Cont'd.)

| Preventive and Wellness Care Benefits | | | |
|---|---|---|---|
| This benefit is payable for Covered Procedures incurred as part of a Preventive and Wellness Care Program and is not payable for treatment of a diagnosed illness or injury. Services must be identified and billed as routine or part of a routine physical exam. | | | |
| **Calendar Year Maximum Wellness Benefit** | $500 | $500 | All Wellness Procedures listed below are subject to the Calendar Year Maximum Wellness Benefit unless noted otherwise. |
| **Benefit Percentage For:** | **Level II PPO Benefit** | **Level II Non-PPO Benefit** | **Limits & Provisions** |
| **Routine Physical Exam** (Including lab, x-ray and routine diagnostic testing and other medical screenings) | 100% of PPO rate Deductible waived | 100% of Usual and Customary fees Deductible waived | Subject to the Calendar Year Maximum Wellness Benefit. |
| **Annual Well Woman Exam** (Including Pap smear and other routine lab) | 100% of PPO rate Deductible waived | 100% of Usual and Customary fees Deductible waived | Subject to the Calendar Year Maximum Wellness Benefit. |
| ***Annual Mammogram** (routine) | 100% of PPO rate Deductible waived | 100% of Usual and Customary fees Deductible waived | Subject to the Calendar Year Maximum Wellness Benefit. |
| ***Bone Density test** (routine) | 100% of PPO rate Deductible waived | 100% of Usual and Customary fees Deductible waived | Subject to the Calendar Year Maximum Wellness Benefit. |
| ***Annual PSA test** (routine) | 100% of PPO rate Deductible waived | 100% of Usual and Customary fees Deductible waived | Subject to the Calendar Year Maximum Wellness Benefit. |
| **Well Baby/Well Child Care Exam** | 100% of PPO rate Deductible waived | 100% of Usual and Customary fees Deductible waived | Subject to the Calendar Year Maximum Wellness Benefit. |
| **Routine Immunizations** | 100% of PPO rate Deductible waived | 100% of Usual and Customary fees Deductible waived | Subject to the Calendar Year Maximum Wellness Benefit. |
| **Flu shots/pneumonia shots** | 100% of PPO rate Deductible waived | 100% of Usual and Customary fees Deductible waived | Subject to the Calendar Year Maximum Wellness Benefit. |
| ***Routine Colonoscopy Physician Charges** | 100% of PPO rate Deductible waived | 100% of Usual and Customary fees Deductible waived | Subject to the Calendar Year Maximum Wellness Benefit. |
| **Preventive and Wellness Expenses in excess of Calendar Year Maximum Benefit** | 80% of PPO rate Deductible applies | 60% of Usual and Customary fees Deductible applies | |
| **Smoking Cessation Benefit** (includes Smoking Cessation Programs and Prescription Drugs) | 80% of PPO rate Deductible applies | 60% of Usual and Customary fees Deductible applies | Submit prescription receipts to Claims Administrator for reimbursement. |

\* If these services are rendered at a Facility, please refer to the appropriate category under Level I for the benefit.